MRS. N. L. SORRELLS, LINNIE SORRELLS, INDIVIDUALLY AND AS ADMIN-
ISTRATRIX OF J. N. SORRELLS; MRS. L. G. STACY, AND W. W. SOR-
RELLS, v. MISS JOYCE DECKER, ADMINISTRATRIX OF J. E. DECKER,
DECEASED.

(Filed 13 October, 1937.)

**Trial § 33—**

Inadvertence in the statement of the contentions of the parties and the
evidence supporting them must be brought to the court's attention in apt
time to afford opportunity for correction.

WINBORNE, J., took no part in the consideration or decision of this case.

APPEAL by defendant from *Alley, J.,* at July Term, 1937, of Mc-
DOWELL. No error.

Action by plaintiffs to enjoin mortgage sale of land upon the ground
that the debt had been paid and the mortgage canceled, and also to
recover the sum of $347.78 alleged overpayment on the note, made by
mistake.

There was verdict for plaintiffs establishing the fact that the note had
been paid, the mortgage canceled, and that the amount claimed had been
overpaid by mistake.

From judgment on the verdict, defendant appealed.

*No counsel for plaintiffs, appellees.*
*Morgan & Story for defendant, appellant.*

PER CURIAM. The only exceptions noted at the trial and brought
forward in the assignments of error relate to the judge's charge to the
jury. The portions excepted to contained statements of the contentions
of the parties and the evidence supporting. If there were any inadver-
tence on the part of the judge in these recitals, his attention should
have been called to it at the time so that correction, if deemed impor-
tant, might have been made. *S. v. Sinodis,* 189 N. C., 565; *S. v. Barn-
hill,* 186 N. C., 446. The controversy presented issues of fact which
have been resolved against the defendant.

In the trial, we find

No error.

WINBORNE, J., took no part in the consideration or decision of this
case.